*Huu NGUYEN*
(Name)

*480, mlTA Road*
(Address)

*SAN DieGo, CA 92179*
(City, State; Zip)

*P72934*
(CDC Inmate No.)

FILED

MAR 0 4 2014

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254   1983

FILING FEE PAID
Yes _____ No _____

IFP MOTION FILED
Yes _____ No _____

COPIES SENT TO
Court _____ ProSe _____

# United States District Court
## Southern District of California

*Huu NGUYEN*_____ ,
(Enter full name of plaintiff in this action.)

                                    Plaintiff,

v.

1) *Doctor, P. VELARdi, et al.*
2) *J. Nikolic.  et al.* ,
3) *M. GLENN.  et al.* ,
_____ ,
(Enter full name of each defendant in this action.)
                         Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*1 4CV0 4 9 2 GPC KSC*

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, _____*Huu*_____
                                                      (print Plaintiff's name)
_____*NGUYEN*_____, who presently resides at *Richard J. Donovan*
                                              (mailing address or place of confinement)
*Correctional Facility, AT Rock mountain.*, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at *PJD,*
*Correctional Facility,*_____ on (dates) *6/1/13* , _____, and _____
    (institution/place where violation occurred)       (Count 1)      (Count 2)      (Count 3)

§ 1983 SD Form
(Rev 4/06)

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant DR. P. VELArdi _____ resides in SAN DieGO _____,
(name)                                        (County of residence)
and is employed as a INSTitutional Doctor. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: DOCTOR. VELArdi RecklessLY; And IRRoSponsibly
PROscribed ESTRADIOL VALERATE; FOR PLAinTIFF To ReCeive every
week; - This medical (shot) ALTERS The maLE hormones To Female.

Defendant J. Nikolic. _____ resides in SAN DieGO, CO.,
(name)                                        (County of residence)
and is employed as a Chief medical executive. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: J. Nikolic FolsiFied The APPEAL ResPonse
document in An ATTEMPT To Cover up Defendant ones
Actions AGainsT PlainTiff:

Defendant M. GLENN. _____ resides in SAN DieGO, CO.,
(name)                                        (County of residence)
and is employed as a Chief medical OFFiceRs. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: M. GLENN; ALSO; ATTempTed To Cover up
Defendant ones Reckless Actions against PlainTiff by
FAISIFYing The same; H.C. IInd level ResPonse document.

Defendant _____ resides in _____,
(name)                                        (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Freedom From creed & unusual Right To be Free From harm: (E.g., right to medical care, access to courts, Punishment: Reckless Indangerment; - Deliberate indifferential: due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: . [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Plaintiff contends that, upon arrival at Richard J. Donovan Correctional Facility 5/31/13, From Pleasant Valley state Prison; Plaintiff was under medical care For high blood Pressure, Prescribed ntenolol, 25, M.G.; Plaintiff discovered Later that, 1) RJDCF, Doctor P. Velardi: Performing under color of state Laws, as a Licensed Professional Primary care Provider; deprived Plaintiff of his Constitutional Right to be Free From harm, as a result of Mr. Velardi's Reckless malePracticed actions; wherein, In June, 2013 This Doctor Failed To use That degree of skill (usual) among doctors of Good standing where This Doctors act was a Proximate cause of Injury suffered by Plaintiff; when Mr. Velardi Recklessly Prescribed a medication For Plaintiff called, "Estradiol Valerate; A (shot) That is designed For, and administered To,(Homosexual men), That Desire To become a Transgender; This(shot) along with a (second) wrong medication That was also Prescribed To Collaborate with The(shot)Called Spironolactone, 100, M.G.; designed To develope Female breasts, soften The skin, kill mustle (mass), And Alters the Gender. Please know that Plaintiff was summond in June, 2013, ( To the Clinic, and was informed by The L.V.N. That the doctor ordered Plaintiffs (shots); Plaintiff asked what the shots are For; (?), That L.V.N. smiled and stated; "("IT's — what you need); Plaintiff being a Trusting Person of Employees, especially medical staff; accepted the shot-(Estradiol Valerate); believing it To be a Flue shot, or something; Plaintiff was again summond,(a week Later) For another shot), upon asking (why?) The L.V.N. stated, We're Gonna Take Good care of You "Nguyen".

1  on or about the 10.th.day of July, 2013. Plaintiff had began
2  experiencing Loss of strength (muscle) Noticing a huge change in
3  his attitudes and emotions were Through the Roof. Plaintiff asked
4  a nurse, Lu, what is Estradiol Valerate?, and a Pill, Spironolactone?
5  She Told Plaintiff These are to make Plaintiff a woman.
6  upon Discovering what this Doctor has done to Plaintiff, Causing
7  Plaintiff to Receive Improper (wrong) unwarranted medications
8  That were Never Requested: Plaintiff discovered That This Doctor
9  Recklessly mixed Plaintiffs Name with Another Inmate, Nguyen,
10  who is homosexual/Transgender; These are exceptional Circumstances
11  in Plaintiffs Claim showing that this treatment, Provided was
12  (Clearly) Inadequate, & unwarranted; which Gives Rise to a
13  Constitutional Violation Claim of (male Practice), and Reckless
14  Indangerment; where Plaintiff is Currently Suffering from
15  the effects of these (Clearly) Inadequate Treatments. That (were)
16  Administered Every Thursday For weeks on ends.
17  Plaintiff Filed a CDCR, Health Care Appeal, (602) 7/11/13, In Re:
18  The Reckless Prescribing of a wrong medication that was (Never)!
19  Requested, or Given Consent To Prescribe/Administer with any
20  Knowledge of it's Purpose. Plaintiff has Suffered Physically,
21  emotionally; mentally; Causing Plaintiff To Anticipate Suicide;
22  Thereby, Requiring; Requesting; and Receiving Professional mental
23  health Services. Plaintiffs appeal Contend that, Doctor Velardi
24  Caused Injury To Plaintiff by Prescribing said Inadequate,
25  and unwarranted medications.
26  Subsequently, at the Second Level of Review on That Appeal
27  Dated, - 10/18/13; Log # RJD-H.C-1304 9134, (Response Section) IInd Level;



COURT PAPER
STATE OF CALIFORNIA
D. 113 (REV. 3-95)
OSP 05 90192

( 2 - continues )

Count 2: The following civil right has been violated: Freedom From Cruel & Unusual
Punishment (s): Due Pocessivilation.
(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

Supporting Facts:    [Include all facts you consider important to Count 2. State what happened clearly and in
your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 2.]

There was an Attempt to cover-up Doctor Velardi's Reckless actions by (1)
RJDCF, Chief Medical Executive (A) J. Nikolic, And (1) Chief Executive
Officer, M. Glynn, Defendants (2) & (3), who Falsified their Second level
Response by stating/Declaring; Plaintiffs Files (does not) show (any)
indication that Plaintiff was given the wrong medications; and that
There is (No) documentation to show any medical encounters on 7/1/13;
Of course There was no encounter(s) on 7/1/13; Because Plaintiff
had informed medical on 7/1/13, of Their Reckless action(s), and
inadequate & Irresponsible Recklessness, and mismanagement of
Plaintiffs health. Please Refer to the Third level Reviewers
Response; dated, January, 13, 2014 (Exhibit (A) where the Third
level Reviewer even Admitted That, "while Plaintiffs Profile
(indicated) An (Incorrect order) For The (wrong) medication(s),
Estradiol Valerate, & Spironolactone, In June, 2013; This Third
level Reviewer Confirm Plaintiffs Claim, and deem The second level
Reviewer(s) Fabrication of The second level Reviewers document.
Howwever, This Reviewer, Contends That the medication(s) were not
Administered; which is Speculation at best; Attempting to
also Justify Defendant Velardi's Reckless actions. Please Refer
To Exhibit (A) & (B); medication Administration Record (s), (M.A.R.)'s
where said medications weren't discontinued until, July, 2013;
July, 12, 2013; How can a medication be dis-continued if it
was not existent & Administered?, weeks (after) Prescription;
with The Spironolactone 100. m.g. (Tablet) 1) Tablet by mouth
Twice a day. If These Are not Documents/Files; of Indicated
medications / shots; that was Wrongfully Prescribed, Then what

Continued — Count (2.) (N)

1  ... They?. (Question directed Toward Chief executives fabrications).
2  Plaintiff contend that these meds (shots) were definitely
3  administered; no matter how staff attempt to alter or
4  change, or falsify documentation. IN 1995, The Courts
5  Required CDC medical staff To implement Comprehensive Plans
6  To Provide & improve The care and Treatment given to
7  Prisoners.; The CDC. has a General departmental Policy That
8  iT will Provide medical services (only!) based on necessity,
9  and supported outcome data as effective medical care.
10 as well as; An unusual (MAJOR) health care Procedure
11 (Requires) Consent of The Inmate; ccr article (8) Section,
12 3353. Plaintiff is ALSO a Participant in The mental health
13 services delivery system, at the CCC-MS. level of care.
14 Plaintiff beg The Court To accept Plaintiffs case as
15 Cognative, and Relevant; And that Plaintiffs case
16 Is not Ignored due to Plaintiffs Ignorance;
17 Where such Reckless Endangerment caused Plaintiff
18 Serious harm; Altering Plaintiffs body & mind without
19 Plaintiffs Consent; or knowledge. And That a deliberate
20 Indifference be deemed due To The discovery of Those
21 Defendants That Plaintiff was/ had been Violated —
22 Victimized, and Falsified documents To Cover-up
23 Said Reckless action (s). ALSO in 1995, The Court found
24 constitutional Violations Resulting from Pelican Bay state-
25 Prisons Inadiquate medical care, Including, Failure To
26 Provide adiquate medical staff. This departments staff
27 have a Reputation For Lying; and Victimizing Inmates.

Madrid. V. Gomez. (N.D. Cal. 1995) 889. F. Supp.1146
Coleman. V. Wilson. (N.D. Cal. 1995) 912. F. Supp.1282

COURT PAPER
STATE OF CALIFORNIA
NO. 113 (REV. 3-95)
OSP 05 00192

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

That Plaintiff Receives a monitary Damage in the Sum of: $150.000.⁰⁰. And A Federal mediation investigation on The RJDCP medical Department, To Prevent Any Further harm to Persons/Inmates.

X January, 19, 2014
   (Date)

X Hun Nguyen
   (Signature of Plaintiff)

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d) Issues raised: _____

_____

_____

_____

_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

_____

_____



1) CA. Health Care Service – IInd Level Response H.C- Appeal. Notice:

2) Medication Administration Record –
= Estradiol Valerate 20.M.6-/ML VAL:

3) medical Classification Chrono

4) Medication Reconciliation– Active medications As OF – 7/12/13:

5) CA-Health Care Service –Third Level Response, H.C- Appeal Notice:

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Institution Response for Second Level HC Appeal

**Date:** 10/18/2013

**To:** NGUYEN, HUU (P72934)
C 012 2237001LP
Richard J Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

*[Stamp: RECEIVED OTLA-HC NOV 2 0 2013 HC APPEALS]*

**Tracking/Log #:** RJD HC 13049139

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 8/7/2013, you indicated:

| | Issue Type | Action Requested |
|---|---|---|
| **Issue 1:** | Access to Care ( MD Appointment ) | To see a medical provider |
| **Issue 2:** | Administrative ( Investigation ) | Wants an investigation into why medical tried to give him the wrong medication. |
| **Issue 3:** | Medical Records Issues ( Copies of UHR ) | Copies of his medication list |

**Interview:**
You were interviewed and examined by J. P. Lee, PA on 8/28/13 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s). A review of the **"Effective Communication List for Inmates with Test of Adult Basic Education** Reading Scores of 4.0 or Less" reveals that the inmate/patient does not require assistance in order to achieve effective communication. During the interview, you were able to ask questions and summarize the information in your own words.

**Response:**
At the First Level of Review this appeal was bypassed as per CCR Title 15, 3084.7(a)(1). The Chief, Inmate Correspondence and Appeals Branch directs that the First Level appeal response be bypassed due to currently existing extenuating circumstances in the appeals office at RJD that prevent the timely resolution of your First Level of appeal. Therefore, your appeal issues and requests will be addressed at the Second Level of Review.

The Second Level Appeal, received on 8/7/2013 indicated your concerns listed above.

At the Second Level of Review this appeal was researched and reviewed. A review of your UHR files does not show any indications that you were given the wrong medications and there is no documentation to show any medical encounters on 7/11/13. You were interviewed and examined on 8/28/13 to address these appeal issues. It is indicated on the progress note that all or your medical concerns were addressed, especially your low back pain; you were provided with a written list of all your current medications; and you stated that you were satisfied with all appeal issues being addressed today.

A review of your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**

Based upon the above information, your appeal is GRANTED.

H.NGUYEN, P72934
RJD HC 13049139
Page 2 of 2

J. Nikolic, MD.
Chief Medical Executive (A)
Richard J Donovan Correctional Facility



M. Glynn
Chief Executive Officer
Richard J Donovan Correctional Facility

jw

RECEIVED
OTLA-HC
NOV 20 2013
HC APPEALS

**MEDICATION ADMINISTRATION RECORD**

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | (illegible) | L | (signature) | SL | (signature) | X |

ESTRADIOL VALERATE 20 MG/ML VIAL (delestrogen 20 mg/ml vial)
INJECT 20MG (1ML) IM EVERY THURSDAY **NA** AUTO REFILL

| | Fill Date: 6/27/2013 | Orig Fill Date: 6/27/2013 | Rx#: 426437901 |
|---|---|---|---|
| | Days Supply: 30.012 | Expire Date: 8/26/2013 | Doctor: P. VELARDI-NP |

| Admin | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | 7/2 | 7/3 | 7/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | |

NO KNOWN DRUG ALLERGIES

| Name: NGUYEN, HUU | Building: RJD-Clinic C | | Additional Pages In Use |
|---|---|---|---|
| DOB: 1/27/1973 | CDCR#: P72934 | Housing C 012 2244001LP | Yes      No |

6/28/2013 1:29:13 PM

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**MEDICAL CLASSIFICATION CHRONO**
CDCR 128-C3 (10/09)                                                                                                                  Page 1 of 2

| ● Permanent | ○ Temporary | ○ Expires on: _____ | ○ Expiration Unspecified, review in 6 months |
|---|---|---|---|

| **Level of Care Based on Patient Need** | | **Classification Factors** | |
|---|---|---|---|
| OP ● | Acute Rehab ○ | Temporary Medical Hold* ☐ | Long-Term Stay ☐ |
| | Hospice ○ | Temporary Med Isolation* ☐ | Override[2]* ☐ |
| OHU ○ | SNF ○ | | |
| CTC ○ | GACH/Outside Hospital ○ | | |

**Intensity of Services**

| **Proximity to Consult** | **Functional Capacity** | **Medical Risk** | **Nursing Care Acuity** |
|---|---|---|---|
| No particular need ○ | Vigorous Activity ○ | Low Risk ○ | Basic Nursing ○ |
| Infreq Basic Consultation ● | Full Duty ● | Medium Risk ○ | Uncomplicated Nursing ● |
| Freq Basic Consultation ○ | Limited Duty* ○ | High Risk ● | Low-Intensity Nursing ○ |
| Tertiary Consultations* ○ | Totally Disabled* ○ | | Medium-Intensity Nursing ○ |
| Community Placement* ○ | | | High-Intensity Nursing ○ |
| | | | Special Nursing ○ |

| **Specialized Services** | | **Institutional-Environmental** | |
|---|---|---|---|
| Clinical Category 1 ☐ | Therapeutic Diet[1]* ☐ | Restricted – Altitude* ☐ | Req. Electrical Access[1]* ☐ |
| Clinical Category 2 ☐ | Respiratory Isolation ☐ | Restricted – Cocci Area* ☐ | Requires Adaptive Eq[1]* ☐ |
| Pregnancy Program ☐ | Speech/Occupational Th* ☐ | Restricted – No Stairs[1]* ☐ | Req. Medical Transport* ☐ |
| Transplant Center ☐ | Physical Therapy ☐ | | [1]See CDCR 1845 and 7410* ☐ |
| Hemodialysis ☐ | Durable Med Equip[1]* ☐ | | |
| Dementia ☐ | | | |

**Comments** (all * items)
(non-confidential)

_____

_____

(medically-confidential)  HTN, Hep C, GERD, Hx achalasia

_____

| Completed By (print name): J. FORTUNE | CDC NUMBER, NAME (LAST, FIRST, MI), DATE OF BIRTH: |
|---|---|
| Signature: Fortune | P72934 |
| Title: PA | Date: 8/23/12 | NGUYEN, NAM |
| Institution: PVSP | 1/27/93 |

**MEDICAL CLASSIFICATION CHRONO**

* Include details in Comments                         [1] Include detail in CDCR 1845 or CDCR 7410 as appropriate
                                                                   [2] Regional Medical Executive only. State factors overridden in
                                                                   Comments

Distribution:  Original – UHR Chrono's Section; Canary – C&PR or RC CCIII Central File, Medical Chrono Section; Pink – CCI; Gold - Inmate

# MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 7/12/2013 12:31:17 PM

**Patient (DOB): NGUYEN, HUU (1/27/1973)**
**CDCR#: P72934   Unit#: C 012 2244001LP**

RICHARD.J. DONOVAN CORRECTIONAL FACILITY
Patient Labels in: ENGLISH

Page 1 of 3

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew ☐ Stop | ASPIRIN 81 mg TABLET DR (aspirin ec 81 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH DAILY **KOP** AUTO REFILL | 6/26/2013 | 6/26/2013 | 8/25/2013 | 458219530 VELARDI-NP, P. | 1 | 30 | 30 |
| ☐ Renew ☐ Stop | ATENOLOL 25 mg TABLET (atenolol 25 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME **KOP** AUTO REFILL | 6/1/2013 | 6/26/2013 KOP | 12/10/2013 | 458182046-1 FORTUNE-PA, J. | 4 | 30 | 30 |
| ☐ Renew ☐ Stop | CALCIUM CARBONATE 200 mg calcium (500 mg) TAB CHEW (antacid 500 mg chew tab) SIG: CHEW AND SWALLOW 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR GI UPSET **REQUEST REFILL** **KOP** ** KOP | 7/3/2013 | 7/3/2013 | 12/30/2013 | 426439453-1 RIDGE-DO, N. | 5.666 | 30 | 10 |
| ☒ Stop | ESTRADIOL VALERATE 20 mg/mL VIAL (delestrogen 20 mg/ml vial) SIG: INJECT 20MG (1ML) IM EVERY THURSDAY **NA** AUTO REFILL ** N/A | 6/27/2013 | 6/27/2013 | 8/26/2013 | 426437901-1 VELARDI-NP, P. | 1 | 5 | 30 |
| ☐ Renew ☐ Stop | NIFEdipine ER 30 mg tablet, extended release 24 hr (nifedipine er 30 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH EVERY DAY **KOP** AUTO REFILL | 7/1/2013 | 7/1/2013 | 12/28/2013 | 458226366 RIDGE-DO, N. | 5 | 30 | 30 |
| ☐ Renew ☐ Stop | RANITIDINE HCL 150 mg TABLET (ranitidine 150 mg tablet) SIG: TAKE 1 TABLET BY MOUTH TWICE A DAY AUTO REFILL **KOP** | 6/20/2013 | 6/20/2013 | 10/18/2013 | 458211320 KACHARE-MD, K. | 3 | 60 | 30 |
| ☐ Renew ☐ Stop | SIMVASTATIN 20 mg TABLET (simvastatin 20 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME **KOP** AUTO REFILL | 6/26/2013 | 6/26/2013 | 12/17/2013 | 458210847-1 KACHARE-MD, K. | 5 | 30 | 30 |
| ☒ Stop | SPIRONOLACTONE 100 mg TABLET (spironolactone 100 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH TWICE A DAY **KOP** AUTO REFILL | 7/8/2013 | 7/8/2013 | 8/25/2013 | 426441355-1 RIDGE-DO, N. | 0.5 | 60 | 30 |

☞ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION:

Allergies: No Known Drug Allergies

SUBSTITUTION PERMITTED SIGNATURE

DATE / TIME   7/14/13

PROV#

*** SEND TO PHARMACY ONCE COMPLETE ***

DEA# REQUIRED FOR CONTROLLED SUBSTANCES

"KP" = Nonformulary Medication

7/12/2013 12:31:18 PM

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:** JAN 1 3 2014

**To:**       NGUYEN, HUU (P72934)
            Richard J Donovan Correctional Facility
            480 Alta Road
            San Diego, CA 92179

**From:**    California Correctional Health Care Services
            Office of Third Level Appeals - Health Care
            P.O. Box 588500
            Elk Grove, CA 95758

**Tracking/Log # :**    RJD HC 13049139

This appeal was reviewed on behalf of the Deputy Director, Policy and Risk Management Services, by staff under the supervision of the Chief, Office of Third Level Appeals-Health Care. All submitted information has been considered.

**DIRECTOR'S LEVEL DECISION:**

Appeal is denied. This decision exhausts your administrative remedies.

**APPEAL ISSUES:**

You are requesting:
- Immediate care for your medical problem.
- An investigation in to why the medical department is prescribing the wrong medication.
- An investigation to determine who is in charge of this medication.
- A copy of your medication list.

**BASIS FOR DIRECTOR'S LEVEL DECISION:**

Your appeal file and documents obtained from your Unit Health Record were reviewed by staff. These records indicate:
- It is not in the purview of inmates to request specific action taken in regard to the conduct of the inquiry; however, the institution's response adequately addressed your appeal issues and is sustained at the Director's Level of Review.
- While your medication profile indicates an incorrect order for the medication estradiol valerate in June and July 2013, the medication was not administered and was appropriately discontinued.
- You were examined and your medical concerns were addressed; you were provided a written list of all of your current medications, and you stated you were satisfied with all the appeal issues being addressed.

California Correctional Health Care Services (CCHCS) strives to provide constitutionally adequate medical care for all California inmates. While the focus is necessarily on the adequacy of current and prospective care, due consideration is also given to allegations of inadequacies or lapses in past care. CCHCS includes the appropriate personnel and organizational functions to review such information and to take corrective action as may be warranted. Any such internal reviews and resulting actions are considered protected by law as confidential. Your role as an active participant in your health care is welcomed and appreciated.

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

**RULES AND REGULATIONS:**

The rules governing these issues are:  California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

**ORDER:**

No changes or modifications are required by the institution.

L.D. Zamora, Chief
California Correctional Health Care Services
Office of Third Level Appeals-Health Care



1) MEdicATion AdminisTRation Record.
= SPiRONOLACTONe, 100. m.G. TAbleT.

2) Medication administRation  Record
ATENolol, 2S. m.G. TAbleT.

**MEDICATION ADMINISTRATION RECORD**

NAME OF RN/LVN/LPT   INITIAL   NAME OF RN/LVN/LPT   INITIAL   NAME OF RN/LVN/LPT   INITIAL   NAME OF RN/LVN/LPT   INITIAL

NO KNOWN DRUG ALLERGIES

SPIRONOLACTONE 100 MG TABLET (spironolactone 100 mg tablet ud)
TAKE 1 TABLET BY MOUTH TWICE A DAY "NA" AUTO REFILL

Fill Date: 6/26/2013
Days Supply: 30

Orig Fill Date: 6/26/2013
Expire Date: 8/25/2013

Rx#: 426437900
Doctor: P. VELARDO-NP

| Admin Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 | 7/2 | 7/3 | 7/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  |  |

| | | |
|---|---|---|
| Name: **NGUYEN, HUU** | Building: **RJD-Clinic C** | Housing | Additional Pages In Use |
| DOB: 1/27/1973 | CDCR # **P72934** | **C 012 224001LP** | Yes   No |

6/27/2013 2:39:01 PM

MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 5/29/2013 11:50:47 AM

PLEASANT VALLEY STATE PRISON

Page 4 of 15

Patient (DOB): NGUYEN, HUU (1/27/1973)

CDCR#: P72934   Unit#: A 001 2212001L

Patient Labels in: ENGLISH

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew ☐ Stop | ATENOLOL 25 mg TABLET (atenolol 25 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME AUTO REFILL ** KOP | | 5/16/2013 | 12/10/2013 | 456900652-6 FORTUNE-PA, J. | 6 | 30 | 30 |
| ☐ Renew ☐ Stop | SIMVASTATIN 20 mg TABLET (simvastatin 20 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME AUTO REFILL ** KOP | | 5/24/2013 | 7/22/2013 | 458112705-2 FORTUNE-PA, J. | 1 | 30 | 30 |

Transfer in

RIR

250

Blood Pressure meds.

S.T.P. - arrived
5/31/13  Arrived
Dmcarthur
1745

NEW PRESCRIPTION:

Allergies: NKA

_____   _____   _____
SUBSTITUTION PERMITTED          DATE / TIME                    PROV#
SIGNATURE

⚠ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

DEA# REQUIRED FOR
CONTROLLED SUBSTANCES

*** SEND TO PHARMACY ONCE COMPLETE ***

MEDICATION RECONCILIATION

*KP - Nonformulary Medication
5/29/2013 11:50:47 AM

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 04/11)                                                                            Side 1

| STAFF USE ONLY | Institution/Parole Region/Log # | Category |
|---|---|---|
| Emergency Appeal:  ☐ Yes  ☒ No | RJDHC 13049139 | B |
| Signature: _____ Date: 8/14/13 | FOR STAFF USE ONLY | U |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY**

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| NGUYEN Huu | P72934 | C-12-244 | |

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
*correct all a medication and to see doctor.*

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A) on 7/11/13
*I went to medical clinic. They said I have a hommo shot on my list I told them I never request hommo shot and I'm not hommosexual*

B. Action requested (If you need more space, use Section B of the CDCR 602-A) *Immediate care for my medical problem. An investigation why the medical department are subscribe wrong medication. Investigation who in charge this.*

☐ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement, CDCR 7410; Comprehensive Accommodation Chrono, CDCR 7362; Request for Health Care Services; etc.)

☒ No, I have not attached any supporting documents. Reason: *I want a copy of medication list*

Patient/Inmate Signature: *Huunguyen*       Date Submitted: 7/14/13

☐ By placing my initials in this box, I waive my right to receive an interview.

[Stamps on right side:]
AUG 07 2013
OCT 22 2013 HCAO
A
OCT 2 5 2013 (RD)
RECEIVED OTLA HC NOV 2 0 2013 U HC APPEALS
COMPLETED OTLA HC JAN 19 2014 U HC APPEALS

---

**C. First Level - Staff Use Only**       Staff – Check One: Is CDCR 602-A Attached? ☒ Yes  ☐ No

This appeal has been:
☒ Bypassed at the First Level of Review. Go to Section E. 8/7/13
☐ Rejected (See attached letter for instruction). Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter). Date: _____
☐ Accepted at the First Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in part  ☐ Denied  ☒ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by HCAC: AUG 0 7 2013          HCAC Use Only
Date mailed/delivered to appellant: _____

STATE OF CALIFORNIA
**PATIENT/INMATE APPEAL**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

RTD HC   **13049139**   Side 2

CDCR 602 HC (REV. 04/11)

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

### BYPASS

| Patient/Inmate Signature: | | Date Submitted: |
|---|---|---|

**E. Second Level – Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached?   ☒ Yes   ☐ No

This appeal has been:

☒ By-passed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction): Date: ___ Date: ___ Date: ___ Date: ___

☐ Cancelled (See attached letter): Date: ___

☒ Accepted at the Second Level of Review

Assigned to: **Facility C PCP**   Title: **Pts**   Date Assigned: **9/5/13**   Date Due: **9/19/13**

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ___   Interview Location: ___

Your appeal issue is: ☒ Granted   ☐ Granted in part   ☐ Denied   ☐ Other:

See attached letter. If dissatisfied with Second Level response, complete Section D.

Interviewer: **Jay Pun Lee, PA**   Title: **PA**   Signature: _____ PA   Date completed: **8-28-13**
(Print Name)

Reviewer: _____   Title: **HCS**   Signature: _____
(Print Name)

Date received by HCAC: **OCT 22 2013**

| HCAC Use Only | |
|---|---|
| Date mailed/delivered to appellant: | **OCT 24 2013** |

**F. If you are dissatisfied with the Second Level response**, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Office of Third Level Appeals – Health Care, California Prison Health Care Services, P.O. Box 4038, 660 Suite 400, Sacramento, CA 95812-4038. If you need more space, use Section F of the CDCR 602-A.

Directer Level Appeals: Please exhaust my remedies for PLRA requirement.

| Patient/Inmate Signature: _Huunguyen_ | | Date Submitted: _October 27, 13_ |
|---|---|---|

**G. Third Level – Staff Use Only**

☐ Rejected (See attached letter for instruction): Date: ___ Date: ___ Date: ___ Date: ___

☐ Cancelled (See attached letter): Date: ___

☒ Accepted at the Third Level of Review

Your appeal is   ☐ Granted   ☐ Granted in part   ☒ Denied   ☐ Other:

See attached Third Level response.

| Third Level Use Only | |
|---|---|
| Date mailed/delivered to appellant: | **JAN 13 2014** |

**Request to Withdraw Appeal**: I request that this appeal be withdrawn from further review because: State reason: (If withdrawal is conditional, list conditions.)

| Patient/Inmate Signature: | | Date Submitted: |
|---|---|---|
| Print Staff Name: | Title: | Signature: | Date: |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)                                                                                                    Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | RJD  HC | 13 04 9189 | 6 |
| | | FOR STAFF USE ONLY | U |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): NGUYEN  HUU | CDC Number: P72934 | Unit/Cell Number: C-12-244 | Assignment: |
|---|---|---|---|

**A.** Continuation of CDCR 602, Section A only (Explain your issue): I think someone
make a mistake to subscribe wrong medication
I stop to take all the carry med until I see
a doctor to solve a problem.

RJD HEAD
AUG 07 2013
OCT 22 2013  RJD HEAD

RECEIVED
TLA-HC
NOV 20 2013
HC APPEALS

COMPLETED
TLA-HC
JAN 13 2014
HC APPEALS

Inmate/Parolee Signature: Huunguyen          Date Submitted:
7/14/13

**B.** Continuation of CDCR 602, Section B only (Action requested): medication. Also I would like a
copy of my medication list.

Inmate/Parolee Signature: Huunguyen          Date Submitted: 7/14/13

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**FILED**

**MAR 0 4 2014**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## I. (a) PLAINTIFFS
Huu Nguyen
P-72934

**DEFENDANTS**
Doctor P. Velardi, et al.

**FILING**
Yes

**IFP MOTION FILED**
Yes

**COPIES**

Court    PrmSe

**(b)** County of Residence of First Listed Plaintiff    San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Huu Nguyen
480 Alta Rd.
San Diego CA 92179

Attorneys *(If Known)*

**1 4 CV 0 4 9 2 GPC KSC**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
    Plaintiff

☒ 3  Federal Question
    *(U.S. Government Not a Party)*

☐ 2  U.S. Government
    Defendant

☐ 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
    Proceeding

☐ 2 Removed from
    State Court

☐ 3 Remanded from
    Appellate Court

☐ 4 Reinstated or
    Reopened

☐ 5 Transferred from
    Another District
    *(specify)*

☐ 6 Multidistrict
    Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983

Brief description of cause:
Prisoner Civil Rights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
03/04/2014

SIGNATURE OF ATTORNEY OF RECORD
s/SKHoestenbach  S. Hoestenbach

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

FR: HUU. NGUYEN # P72734
KJD C12-237
880 ALTA ROAD
SANDIEGO, CA 92179

LEGAL MAIL

TO: UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET, STE: 4290
SANDIEGO, CA 92101-8900



RECEIVED

MAR - 1 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

2/34/14

